SEALED     SEALED

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY _____ D.C.

FEB 24 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL MIZRACHY,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 21-6102-MJ-STRAUSS<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of __June 5, 2020__ in the counties of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eric Stowers, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime.
February 24, 2021

_____
*Judge's signature*

City and state: __Fort Lauderdale, Florida__    Jared M. Strauss, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Eric Stowers, having been first duly sworn, hereby depose and state as follows:

## AFFIANT'S BACKGROUND

1. I am employed as a Special Agent with Homeland Security Investigations ("HSI"), the investigative arm of the Department of Homeland Security. Prior to serving as a Special Agent with HSI, I was employed as a Special Agent with United States Customs Service and as a Special Agent with the United States Treasury Department's Treasury Inspector General for Tax Administration.

2. In my current capacity as an HSI Special Agent, I am assigned to the Internet Crimes Against Children ("ICAC") Task Force and am responsible for conducting child exploitation investigations. Specifically, I investigate crimes relating to the sexual exploitation of children, including but not limited to the enticement and attempted enticement of a minor to engage in sexual criminal activity, as well as the production, transportation, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2422(b), 2251, 2252, and 2252A.

3. As an HSI Special Agent, I have received training in how to conduct child exploitation investigations, and I have both conducted and assisted in such investigations. As a part of my duties, I have observed and reviewed numerous examples of child pornography, as defined in Title 18, United States Code, Section 2256, in all forms of media, including computer media. I am familiar with the tactics used by individuals who collect and distribute child pornographic material.

4. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography. In addition, I have

participated in investigations involving the importation and distribution of materials relating to the sexual exploitation of children. I have also conducted several child pornography and child exploitation investigations, which have involved reviewing all forms of electronic media, including computer media, and have discussed and reviewed these materials with other law enforcement officers.

5. This Affidavit is submitted in support of a criminal complaint, charging **Michael Mizrachy ("MIZRACHY")** with one count of possession of child pornography, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2). As explained below, there is probable cause to believe that, on or about June 5, 2020, in the Southern District of Florida, MIZRACHY knowingly possessed child pornography on his cellular phone, an Apple iPhone 8, serial number F4GX32XGJC6K (the "Cellular Phone"), in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

6. This Affidavit is based on my personal investigation and investigation by others, including federal and local law enforcement officials. The facts contained herein have been obtained by interviewing witnesses and examining documents obtained in the course of the investigation as well as through other means. This Affidavit does not include every fact known to me about this investigation, but rather only those facts sufficient to establish probable cause.

## FACTUAL BACKGROUND

### *Initial Investigation*

7. In and around June 2020, the South Florida ICAC Task Force received CyberTip 73600261 ("the CyberTip") from the National Center of Missing and Exploited Children

2

("NCMEC").[1] The CyberTip originated from Oath Inc., which operates Yahoo!, an email service provider ("Yahoo"). The CyberTip concerned the distribution and possession of files depicting child pornography that were being uploaded to the account user name, "Orange Theory," with an associated email address of, "orangetheorysignup@yahoo.com" ("Yahoo Account 1"). Specifically, the CyberTip advised that two video files containing child pornography were uploaded to Yahoo Account 1 on or about June 6, 2020, at 12:15 a.m. (UTC).[2] The CyberTip also advised that the aforementioned videos were uploaded to Yahoo Account 1 using an IP Address of 76.235.212.159 ("Target IP Address").[3]

8. Law enforcement conducted a search of a publicly available database and determined that AT&T registered the Target IP Address. Law enforcement subsequently submitted a subpoena to AT&T. Results from the subpoena showed that, at the time of the upload, AT&T had assigned the Target IP Address to an account belonging to subscriber "M.M."[4] at a home in Parkland, Florida 33076 (the "Residence"). Law enforcement subsequently determined that MIZRACHY lived at the Residence.

9. On or about June 28, 2020, law enforcement executed a search warrant for Yahoo Account 1. Record returns confirm that MIZRACHY was the account holder for Yahoo Account 1. For example, Yahoo Account 1 contained several videos and photographs of MIZRACHY, as

---

[1] CyberTips are investigative leads generated by NCMEC. NCMEC operates the CyberTipline and Child Victim Identification Programs to assist law enforcement in identifying victims of child pornography and child sexual exploitation. NCMEC works with law enforcement, Internet Service Providers, electronic payment service providers, and others to reduce the distribution of child sexual exploitation images and videos over the Internet.

[2] This translates to June 5, 2020 at 7:15 p.m.

[3] Law enforcement determined that these two video files were the same video.

[4] Law enforcement later determined "M.M." is MIZRACHY's wife.

3

well as numerous emails from MIZRACHY wherein he identifies himself as "Mike," in messages relating to his work and personal relationships.

10. Law enforcement conducted an open source query, which revealed that, at the time, MIZRACHY was a pediatrician who was actively practicing in Broward County, Florida.

11. Yahoo Account 1 returns also included the video which was the basis of the CyberTip ("the Video"). The Video has an upload date of June 5, 2020 and an upload time of 8:15:51 p.m. Moreover, Yahoo Account 1 was used to send a copy of the Video via email to Yahoo Account 1. Information within the email indicate that this email was sent from an iPhone.[5] Law enforcement reviewed the Video and confirmed it depicted child pornography.[6] A description of the Video is as follows:

> File Name: IMG_6314.mp4
> Description: Video depicts a small prepubescent female wearing a pink top and no pants or underwear. The child is laying on her back with her legs spread apart. An adult male is using his penis to penetrate the child's vagina, thrusting his penis in and out of the child's vagina.

12. Yahoo subpoena returns also revealed that MIZRACHY had an additional Yahoo account identified as "Mikemizrachy@yahoo.com" ("Yahoo Account 2"). A search warrant was executed on Yahoo Account 2 and returns confirmed that the account subscriber is MIZRACHY. The returns further revealed over a dozen images contained within Yahoo Account 2 of small children in their bathing suits, underwear, or short shorts. None of the children appear to have been aware that they were being photographed. Most of the photographs are taken from behind the

---

[5] In my training and experience, e-mailing oneself is a common practice for users who want to save videos, images, or other information. This allows the user to easily access the information on a later date.

[6] This is a known Video to law enforcement. The child in the Video was previously recovered and it was confirmed that the child was approximately 5-6 years' old at the time of the Video.

children, with a focus on their buttocks or vaginal area. The data associated with these photographs confirm that the majority of the images were taken from an iPhone 6, with the exception of images taken after 2018, in which an iPhone 8 was utilized.

### *Law Enforcement Executed a Search Warrant on MIZRACHY's Residence*

13. On or about October 20, 2020, law enforcement executed a search warrant at the Residence. MIZRACHY, his wife, and two children were present at the Residence at the time of the search.

14. During the search, law enforcement recovered MIZRACHY's Cellular Phone. A subsequent forensic examination of the Cellular Phone revealed that it had an internal name of "Mike's iPhone," and the serial number F4GX32XGJC6K. Although not exhaustive, the examination revealed the following:

   a. The Video, which was the basis of the CyberTip and the file found within Yahoo Account 1, was accessed from the Cellular Phone through Yahoo, on or about June 5, 2020;

   b. The Video, which was the basis of the CyberTip, was located under a different file name, and confirmed to have been accessed by another Yahoo account, "stevejn2003@yahoo.com" ("Yahoo Account 3"), on or about July 3, 2020. This evidences that after Yahoo terminated Yahoo Account 1, making it inaccessible, MIZRACHY located the Video once again, and downloaded it to his device.

15. Thereafter, law enforcement obtained a search warrant for Yahoo Account 3. Search warrant returns for Yahoo Account 3 confirm the Video, now labeled "Legal teen video," was sent from Yahoo Account 3 to Yahoo Account 3 on or about July 3, 2020. The Video was located within a created folder labeled, "29_girls". Also located in this folder were images of girls who appear to be between the ages of 14-18 years' old, with one such email containing the subject line, "Whore 16 closeup."

### *MIZRACHY Waived His Miranda Rights and Spoke to Law Enforcement*

16.     On or about October 20, 2020, MIZRACHY waived his *Miranda* rights and agreed to speak with law enforcement. MIZRACHY admitted that Yahoo Account 1 is his personal email that only he can access. MIZRACHY stated that he has had Yahoo Account 1 for several years and utilizes it as his "hidden secret." When asked about the Video that was located on Yahoo Account 1, and sent to and from himself, MIZRACHY stated he received the Video from an unknown individual that he was communicating with on the application, "Kik."[7] MIZRACHY admitted that when he received the Video, he watched it and then decided he wanted to save it, so he emailed the Video to himself. Initially, MIZRACHY stated he believed the child in the Video was between the ages of 14-18 years' old. MIZRACHY then admitted, based on his experience as a pediatrician, that he knew that child in the Video was a prepubescent minor.

17.     MIZRACHY further advised that he used "Kik" to communicate with children in a sexual manner. In one instance, he admitted to communicating with a 15-year-old child named "Emily." This child sent MIZRACHY several photographs. Some of these photographs were of the child's face, and others showed the child's nude body, including her vagina. These images were located within Yahoo Account 1 with the subject lines, "Emily Lamb 15" and "More Emily."

18.     MIZRACHY was asked about the images of clothed children with the focus being on their buttocks' and vaginal areas, located within Yahoo Account 2. MIZRACHY admitted to taking the photographs. MIZRACHY further advised that the children in these photographs were

---

[7] Kik Messenger ("Kik") is a free mobile messaging application that can be used on both android and iPhone. It uses Wi-Fi or a smartphone's data plan to receive messages, photos, videos, sketches, mobile webpages, and other content after users register a username. Kik is known for its features preserving users' anonymity, such as allowing users to register without providing a telephone number. This allows users to chat anonymously while sending videos, text, photographs, gifs etc.

his daughter's friends who would frequently come over to the Residence. MIZRACHY also stated that he would save these photographs to Yahoo Account 2 so he could view them again. While most of the children photographed appeared to be 13-15 years' old, there were photographs of one such child who was identified and confirmed to be 10-years-old. MIZRACHY admitted to being sexually excited by the photographs and admitted to being sexually attracted to children as young as 13-years-old.

## CONCLUSION

19. Based on the forgoing, I respectfully submit that there is probable cause to support a criminal complaint charging **Michael Mizrachy** with one count of possession of child pornography, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Eric Stowers, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
via FaceTime on this 24th day of February 2021.

_____
HONORABLE JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

7