**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED BY_____D.C.

FEB 2 6 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA
        Plaintiff

VS

MICHAEL MIZRACHY                    Case No:21-6102-STRAUSS
        Defendant

**O R D E R**

THIS CAUSE is before the Court for the initial appearance of the above-named

defendant(s) on a SEALED COMPLAINT filed in the Southern District of Florida.

UPON ORAL motion of the government in open court that the SEALED COMPLAINT be

unsealed as to all the defendants, it is hereby ORDERED AND ADJUDGED that the Sealed

Complaint be unsealed as to all parties in this case.

DONE AND ORDERED at Fort Lauderdale, Florida this 26th day of February, 2021.

JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record