UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**
U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (VIA ZOOM)

DEFT: MICHAEL MIZRACHY (J)#   CASE NO: 21-6102-STRAUSS
AUSA: ✓BROOKE LATTA (T. JONES DUTY AUSA)   ATTY: Richard Merlino (PERM)
USPO:   VIOL: 18:U.S.C. § 2252

PROCEEDING: INITIAL APPEARANCE   RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no   COUNSEL APPOINTED:
BOND SET @:   To be cosigned by:

- Appearing by Video Conf.
Consents to appear by Video.
Gov't moves to unseal complaint.
Order signed. Advised of charges.
Richard Merlino (PERM)

** Due Process Protection Act
Order issued Brady **

☐ All standard conditions
☐ Do not encumber property.
☐ Surrender and / or do not obtain passports / travel documents.
☐ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
☐ Maintain or seek full - time employment.
☐ No contact with victims / witnesses.
☐ No firearms.
☐ Electronic Monitoring:
☐ Travel extended to:
☐ Other:

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

REPORT RE COUNSEL:
(PTD)/BOND HEARING: Monday March 1, 2021 at 11 AM Duty
ARRAIGN OR REMOVAL: FRIDAY MARCH 12 2021 AT 11 AM DUTY MAG
PRELIM/EXAM HRG: Monday March 1, 2021, at 11 AM Duty

2/26/21   TIME: 11:00 AM   FTL/TAPE/# JMS-   20 mins   Begin   DAR:

13

[] *** RECORDED BY ZOOM 310 JUDGE HUNT'S COURTROOM**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR: 14:01:57- 14:09:21